AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Robert Hunter Biden )
Plaintiff )
v. ) Case No. 1:24-cv-04954-JPC
Fox News Network, LLC; Fox Corporation; et al. )
Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Robert Hunter Biden

Date: 07/21/2024

/s/ Tina Glandian
*Attorney's signature*

Tina Glandian, TG3014
*Printed name and bar number*
Geragos & Geragos, APC
256 5th Avenue
New York, New York 10001

*Address*

geragos@geragos.com
*E-mail address*

(213) 625-3900
*Telephone number*

(212) 232-3255
*FAX number*