# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
|   |   |
|---|---|
| ROBERT HUNTER BIDEN, | Case No.: 1:24-cv-04954-JPC |
| *Plaintiff*, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| v. |   |
| FOX NEWS NETWORK, LLC; FOX CORPORATION; and JOHN and JANE DOES 1-100, |   |
| *Defendants*. |   |

_____

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Robert Hunter Biden, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants Fox News Network, LLC, Fox Corporation, and John and Jane Does 1-100.

Dated: July 21, 2024

Respectfully submitted,

_____*/s/ Tina Glandian*_____
Tina Glandian, Esq.
GERAGOS & GERAGOS, APC
256 5th Avenue
New York, New York 10001
(213) 625-3900
geragos@geragos.com

*Attorneys for Plaintiff*
*Robert Hunter Biden*