# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

ROBERT HUNTER BIDEN,

          *Plaintiff*,

v.

FOX NEWS NETWORK, LLC; FOX CORPORATION; and JOHN and JANE DOES 1-100,

          *Defendants.*

_____

Case No.: 1:24-cv-04954-JPC

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Robert Hunter Biden, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants Fox News Network, LLC, Fox Corporation, and John and Jane Does 1-100.

Dated: July 21, 2024

          Respectfully submitted,

          _____*/s/ Tina Glandian*_____
          Tina Glandian, Esq.
          GERAGOS & GERAGOS, APC
          256 5th Avenue
          New York, New York 10001
          (213) 625-3900
          geragos@geragos.com

          *Attorneys for Plaintiff*
          *Robert Hunter Biden*